# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REGINA BURGIO,**
Appellant,

v.

**AL BURGIO,**
Appellee.

No. 4D21-921

[July 8, 2021]

Non-final appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502018DR006104.

William N. Lazarchick, Jr., of Lazarchick Law, Juno Beach, Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, and Dayna Maeder of The Maeder Law Firm, P.A., Jupiter, for appellant.

Jane Kreusler-Walsh, Rebecca Nercier Vargas and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach; Abigail Beebe of The Law Office of Abigail Beebe, P.A., West Palm Beach; and Mark T. Luttier of Critton, Luttier & Coleman, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***